IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-CV-00302-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LATONIA B. SPURLOCK,

    Defendant.

_____

ORDER OF DISMISSAL
_____

The matter before the Court is Petitioner's Motion To Dismiss, wherein the Court is advised that the information sought in the summons issued in this matter has been obtained and no further action is necessary by the Court.  Therefore, it is

ORDERED that Petitioner's Motion To Dismiss is granted, and this matter is dismissed with prejudice, the parties to pay their own costs and fees.  It is

FURTHER ORDERED that the Petition To Enforce Internal Revenue Service Summons is moot.  It is

FURTHER ORDERED that the Order To Show Cause is discharged.

DATED at Denver, Colorado, this  3  day of April, 2006.

                BY THE COURT:

                *Zita L. Weinshienk*
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court